IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ISHANNA M. IBLE,**

    **Plaintiff,**

v.                                                Case No. 4:23-cv-492-AW-MJF

**PHH MORTGAGE SERVICES and
ALDRIDGE PITE LLP,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 8) and incorporate it into this order. Plaintiff has not complied with a court order, has not paid the filing fee, and has not objected to the recommendation to dismiss on those bases. Plaintiff appears to have abandoned the case.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to pay the filing fee." The clerk will then close the file.

SO ORDERED on April 10, 2024.

                                              s/ *Allen Winsor*
                                              United States District Judge